Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-132-209**

**Effective date of registration:**

March 5, 2013

---

**Title** —————————————————————————————————————

**Title of Work:** Blaine Harrington III Photography 20120116-20121129 12,692 Unpublished Photos

**Completion/Publication** —————————————————————————

**Year of Completion:** 2012

**Author** ———————————————————————————————————

■    **Author:** Blaine Harrington III

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Copyright claimant** ——————————————————————————

**Copyright Claimant:** Blaine Harrington III

7533 South Overlook Way, Littleton, CO, 80128, United States

**Limitation of copyright claim** ———————————————————

**Material excluded from this claim:** text, jewelry design, architectural work, 2-D artwork, sculpture, map

**New material included in claim:** photograph(s)

**Rights and Permissions** ————————————————————————

**Name:** Blaine Harrington III

**Email:** blaineharr@comcast.net          **Telephone:** 303-932-9062

**Address:** 7533 South Overlook Way

Littleton, CO 80128  United States

**Certification** ——————————————————————————————

**Name:** Blaine G. Harrington III

**Date:** March 5, 2013