Exhibit "B"

Page 1
About Us | Blue Sky Capital
https://blueskycapitalnm.com/about-us

# Blue Sky Capital LLC

HOME — ABOUT US   TESTIMONIALS   RESOURCES   CONTACT US

## ABOUT BLUE SKY CAPITAL LLC

Blue Sky Capital is a real estate investment company founded by Brent Freeze in 2012, based out of Albuquerque, New Mexico.  We specialize in all aspects of judicial foreclosure sales including acquisition of redemption rights, short sales, and trustee sales.

Blue Sky has invested in all types of real estate in nearly every market in New Mexico.  We strive to provide the most professional and knowledgeable service, and have over 20 years of experience in the NM real estate industry.



COPYRIGHT © 2020 BLUE SKY CAPITAL - ALL RIGHTS RESERVED.

POWERED BY GODADDY WEBSITE BUILDER

Captured by FireShot Pro: 07 June 2022, 16:15:01
https://getfireshot.com