IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

    Plaintiff,

v.

    No. 1:22-cv-00534-KG/LF

BLUE SKY CAPITAL, LLC,

    Defendant.

**AGREED ORDER STAYING CASE PENDING OUTCOME OF
MOTION TO DISQUALIFY IN ADLER MEDICAL ET AL. v. HARRINGTON**

This matter is before the Court on the parties' Stipulation to Stay Case Pending Outcome of Motion to Disqualify in Adler Medical et al. v. Harrington (the "Stipulation") (Doc. 26). The Court having been informed that the parties agree to the form of this Order, hereby ORDERS as follows:

    1.    This lawsuit and all current deadlines herein are stayed pending the outcome/resolution of the motion to disqualify (the "Adler Medical Motion to Disqualify") Jeffrey Squires, Esq. currently pending in Adler Medical, LLC et al. v. Blaine Harrington III, Case No. 1:22-cv-00072-KG-LF (the "Adler Medical Lawsuit").

    2.    Within seven (7) days from entry of an Order on the Adler Medical Motion to Disqualify, the parties shall notify the Court thereof and request a status conference. The Court will then set a status conference to discuss the schedule and any amendments to the current deadlines reasonably required at that point.

_____
UNITED STATES DISTRICT JUDGE