**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| MAUREEN HARRINGTON | ) | |
|     Plaintiff/Counterclaim Defendant | ) | |
| | ) | |
| v. | ) | Case No.  1:22-cv-00534-KG-LF |
| | ) | |
| BLUE SKY CAPITAL, LLC | ) | |
|     Defendant/Counterclaim Plaintiff. | ) | |

**STPULATION DISMISSING DEFENDANT'S COUNTERCLAIMS AND**
**WITHDRAWING AFFIRMATIVE DEFENSES**

Plaintiff and Defendant, by their undersigned counsel, acting pursuant to Rule 41(a)(1)(A)(ii), F.R.C.P., stipulate to Defendant Blue Sky Capital, LLC's dismissal, with prejudice, of its counterclaims in this matter for declaratory judgment, violation of the New Mexico Unfair Practices Act and *prima facie* tort; and to the withdrawal of its third, fourth, fifth and sixth affirmative defenses for unclean hands, willful misconduct, implied license, and waiver and estoppel, respectively.

Respectfully submitted,
By: /s/ Jeffrey L. Squires
Jeffrey L. Squires
SQUIRES LEGAL COUNSEL, LLC
(NM Bar No.  143015)
P.O. Box 92845
Albuquerque, NM  87199
Telephone:  (505) 835-5500
Email:  jsquires@squireslegal.com

and

By: /s/ Daniel DeSouza
Daniel DeSouza
COPYCAT LEGAL, PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone:  (877) 437-6228

Email:  daniel@copycatlegal.com