**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| MAUREEN HARRINGTON )<br>        Plaintiff/Counterclaim Defendant )<br>  )<br>v. )<br>  )<br>BLUE SKY CAPITAL, LLC )<br>        Defendant/Counterclaim Plaintiff. ) | Case No.  1:22-cv-00534-KG-LF |

**ORDER APPROVING STIPULATION**

This Court, having considered the Parties' Stipulation made pursuant to Rule 41(a)(1)(A)(ii) F.R.C.P. to Defendant Blue Sky Capital, LLC's dismissal of its Counterclaims in this matter for declaratory judgment, violation of the New Mexico Unfair Practices Act and *prima facie* tort; and to the withdrawal of its third, fourth, fifth and sixth affirmative defenses for unclean hands, willful misconduct, implied license and waiver and estoppel, respectively, and finding good cause for approval of the stipulation, hereby

ORDERS that Defendant's Counterclaims be and hereby are dismissed with prejudice; and further

ORDERS that Defendant's third, fourth, fifth, and sixth affirmative defenses for unclean hands, willful misconduct, implied license, and waiver and estoppel, respectively be and are withdrawn.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE