IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Case No. 1:22-cv-00534-KG-LF

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

BLUE SKY CAPITAL, LLC,

    Defendant.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Maureen Harrington, as personal representative for the estate of Blaine Harrington III and defendant Blue Sky Capital, LLC, being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice, and with each party to bear the cost of their own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Dated: December 20, 2024.

| | |
|---|---|
| **COPYCAT LEGAL PLLC**<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com | **SQUIRES LEGAL COUNSEL, LLC**<br>P.O. Box 92845<br>Albuquerque, NM 87199<br>Telephone: (505) 835-5500<br>jsquires@squireslegal.com<br><br>*Attorney for Defendant* |

*Attorney for Plaintiff*

By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.

By: /s/ Jeffrey L. Squires
    Jeffrey L. Squires, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/Daniel DeSouza
Daniel DeSouza, Esq.